OPINION — AG — (1) NEITHER THE BOARD OF COUNTY COMMISSIONERS OR A COUNTY CEMETERY ASSOCIATION CAN CHARGE A FEE FOR INTERMENT OR FOR A LOT IN A COUNTY CEMETERY. (2) A COUNTY CANNOT DISPOSE OF CEMETERY PROPERTY TO PRIVATE PERSON ABSENT A COURT ORDER. (3) EQUIPMENT PURCHASED WITH MONEY FROM THE ROAD FUND CANNOT BE USED TO DIG GRAVES IN COUNTY CEMETERIES. CITE: 8 O.S. 1961 143 [8-143], 8 O.S. 1961 131-141 [8-131] — [8-141], 69 O.S. 1961 262 [69-262] 8 O.S. 1961 132 [8-132], 8 O.S. 1961 143 [8-143] 8 O.S. 1961 131 [8-131], 8 O.S. 1961 83 [8-83] 8 O.S. 1961 87 [8-87] (JEFF HARTMANN)